1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAYE CRAIG,<br><br>                                    Petitioner,<br><br>v.<br><br>C.E. DUCART, Warden, et al.,<br><br>                                    Respondents. | Case No.:  16-2531 GPC (KSC)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution.  Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2.  Petitioner has failed to provide the Court with the required Prison Certificate.

Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice.  To have the case reopened, Petitioner must, no later than December 20, 2016, provide the Court with:  (1)  a copy of this Order together

with the $5.00 filing fee; or (2)  a copy of this Order together with adequate proof that Petitioner cannot pay the $5.00 filing fee. ***The Clerk of Court is directed to mail Petitioner a blank motion to proceed in forma pauperis form together with a copy of this Order.***

     **IT IS SO ORDERED.**

Dated:  October 12, 2016

Hon. Gonzalo P. Curiel
United States District Judge

16-2531 GPC (KSC)